**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIEGO GARCIA REYES,<br>Petitioner,<br>v.<br>MESA VERDE DIRECTOR, *et al.*,<br>Respondents. | No. 1:26-cv-05354-JLT-CDB (HC)<br>A-Number: A-201-243-757<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br>(Doc. 12) |

Petitioner Diego Garcia Reyes, a federal immigration detainee, initiated this action on July 13, 2026, by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 while in the custody of Immigration and Customs Enforcement ("ICE") at the Mesa Verde ICE Processing Center. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On November 9, 2026, the assigned magistrate judge issued findings and recommendations to dismiss Petitioner's petition for writ of habeas corpus as moot based on Petitioner's removal from the United States to Mexico on August 22, 2026. (Doc. 12.) The Court served the findings and recommendations on all parties and contained notice that any objections were to be filed within 14 days of the date of service thereof. *Id.* at 4. No objections have been filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on November 9, 2026 (Doc. 12) are **ADOPTED** in full.
2. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.
3. The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: November 24, 2026

UNITED STATES DISTRICT JUDGE